Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 18−23614−MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Irene Barous
   aka Irene Hanzich
   27 Blenheim Road
   Manalapan, NJ 07726

Social Security No.:
   xxx−xx−8254

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         9/11/18
Time:         10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 23, 2018
JAN: amg

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                            Case No. 18-23614-MBK
Irene Barous                                                      Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 2           Date Rcvd: Jul 23, 2018
                              Form ID: 132                Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
db             +Irene Barous,    27 Blenheim Road,    Manalapan, NJ 07726-2626
517632521       A-1 Collections Svc,    2297 Highway 33,    Hamilton Square, NJ 08690-1717
517632522       Amerisol,    PO Box 65018,    Baltimore, MD 21264-5018
517632524       Amex,    Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX 79998-1540
517632523       Amex,    PO Box 981537,    El Paso, TX 79998-1537
517632527      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bankamerica,     PO Box 982238,    El Paso, TX 79998-2238)
517632526      +Bank Of America, NA,    100 N Tryon St,    Charlotte, NC 28202-4031
517632528      +BioReference Laboratories,    481 Edward H Ross Dr,    Elmwood Park, NJ 07407-3128
517632532       Catherine Jannarone Esq,    30 Freneau Ave Apt 1B,    Matawan, NJ 07747-3391
517632535       Centrastate Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
517632537       Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517632536       Chase Card,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
517632538       Chase-pier1,    PO Box 15298,    Wilmington, DE 19850-5298
517632547       Dept of Ed/582/Nelnet,    Attn: Claims/Bankruptcy,    PO Box 82505,    Lincoln, NE 68501-2505
517632549       Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
517632551      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 PO Box 62180,    Colorado Springs, CO 80962-2180)
517632552      +Frd Motor Cr,    PO Box BOX542000,    Omaha, NE 68154-8000
517632553      +Freehold Radiology Group,    PO Box 6545,    Freehold, NJ 07728-6545
517632554       GMAC Mortgage,    PO Box 4622,    Waterloo, IA 50704-4622
517632555       I C System Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
517632556       KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517632561       Regional Women's Health Group, LLC,    PO Box 536,    Voorhees, NJ 08043-0536
517632564      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517632567       Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                 Mason, OH 45040-8053
517632569      +Western Monmouth Utilities Authority,    103 Pension Rd,    Manalapan, NJ 07726-8498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 00:10:56      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 00:10:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517632531       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2018 00:14:14
                 Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA 23238-1119
517632529       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2018 00:13:31      Cap One NA,
                 PO Box 26625,    Richmond, VA 23261-6625
517632530       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2018 00:12:44      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517632539       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:30      Comenity Bank/Fashbug,
                 PO Box 182272,    Columbus, OH 43218-2272
517632540       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:30      Comenity Bank/Fashion Bug,
                 Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
517632541       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:30
                 Comenity Bank/New York & Co,    PO Box 182125,    Columbus, OH 43218-2125
517632542       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:30      Comenity Bank/Nwyrk&Co,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
517632543       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:30      Comenity Bank/Vctrssec,
                 PO Box 182789,    Columbus, OH 43218-2789
517632544       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:31
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
517632545       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:31      Comenity Capital Bank/Hsn,
                 PO Box 182125,    Columbus, OH 43218-2125
517632546       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:31      Comenity Capital/Hsn,
                 995 W 122nd Ave,    Westminster, CO 80234-3417
517632548       E-mail/Text: electronicbkydocs@nelnet.net Jul 24 2018 00:10:58      Dept of Education/Neln,
                 3015 S Parker Rd,    Aurora, CO 80014-2904
517632550       E-mail/Text: bnc-bluestem@quantum3group.com Jul 24 2018 00:11:28      Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517632557       E-mail/Text: bnckohlsnotices@becket-lee.com Jul 24 2018 00:09:53      Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
517632558      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 24 2018 00:09:53      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517632559      +Fax: 407-737-5634 Jul 24 2018 01:14:52      Ocwen Loan Servicing,    Attn: Research Dept,
                 1661 Worthington R Ste 100,    West Palm Beach, FL 33409-6493
517632560       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:31      Pier 1/Comenity Bank,
                 Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
517652047       E-mail/Text: bnc-quantum@quantum3group.com Jul 24 2018 00:10:44
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 23, 2018
                              Form ID: 132             Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517632562       E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 00:14:05      Syncb/tjx Cos,   PO Box 965005,
                 Orlando, FL   32896-5005
517632563       E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 00:12:36      Synchrony Bank/Tjx,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
517655574      +E-mail/Text: electronicbkydocs@nelnet.net Jul 24 2018 00:10:58       U.S. Department of Education,
                 C/O Nelnet,   121 South 13th Street, Suite 201,   Lincoln, NE 68508-1911
517632568       E-mail/Text: bnc-bluestem@quantum3group.com Jul 24 2018 00:11:28       Webbank/fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN  56303-0820
                                                                                             TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517632566*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Co,   4 Gatehall Dr Ste 350,
                 Parsippany, NJ   07054-4522)
517632565*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Co,   PO Box 8026,
                 Cedar Rapids, IA  52408-8026)
517632525      ##Bank of America,    NC4-105-03-14,   PO Box 26012,   Greensboro, NC  27420-6012
517632533      ##Central Credit Services, Inc.,    20 Corporate Hills Dr,   Saint Charles, MO  63301-3749
517632534      ##+Central Jersey Emergency Medical Assoc,    PO Box 2680,   New Brunswick, NJ 08903-2680
                                                                                   TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Irene   Barous bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```