| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**STRAFFI & STRAFFI, LLC**<br>670 Commons Way<br>Toms River, NJ 08755<br>(732) 341-3800<br>(732) 341-3548 (fax)<br>bkclient@straffilaw.com<br>Attorney for Debtor(s) | Order Filed on July 26, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Barous, Irene<br><br>                    Debtor(s). | Case No.: 18-23614<br><br>Adv. No.:<br><br>Hearing Date: August 14, 2018 @ 9:00 am<br><br>Judge: Michael B. Kaplan |

## ORDER TO EXTEND AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through  n/a  is hereby **ORDERED**.

**DATED: July 26, 2018**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

**(Page 2)**
Debtor: Barous, Irene
Case No: 18-23614

### ORDER TO EXTEND AUTOMATIC STAY AS TO ALL CREDITORS

**THIS MATTER**, having been brought before this Court by Daniel E. Straffi, Jr., Esq., attorney for the debtor for an Order to Extend Automatic Stay as to all Creditors and the Court having considered the papers submitted and any objections, and for good cause appearing and it is hereby:

**ORDERED** as follows:

1. The automatic stay provisions of the bankruptcy code are hereby extended as to all creditors pending further order of this Court; and it is

**FURTHER ORDERED** that the movant shall serve a copy of this Order on all parties in interest within 5 days of the date hereof.