Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 18−23614−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Irene Barous
   aka Irene Hanzich
   27 Blenheim Road
   Manalapan, NJ 07726

Social Security No.:
   xxx−xx−8254

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/22/19 at 09:00 AM

to consider and act upon the following:

*34* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. Objection deadline is 1/2/2019. (Attachments: # 1 Portal Msg History # 2 Proposed Order # 3 Certificate of Service) (Carlon, Denise)

Dated: 1/3/19

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court