Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−23614−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Irene Barous
   aka Irene Hanzich
   27 Blenheim Road
   Manalapan, NJ 07726

Social Security No.:
   xxx−xx−8254

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/22/19 at 09:00 AM

to consider and act upon the following:

*34* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. Objection deadline is 1/2/2019. (Attachments: # 1 Portal Msg History # 2 Proposed Order # 3 Certificate of Service) (Carlon, Denise)

Dated: 1/3/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-23614-MBK
Irene Barous                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Jan 03, 2019
                              Form ID: ntchrgbk      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2019.
db         +Irene Barous,    27 Blenheim Road,    Manalapan, NJ 07726-2626
lm         +Bank of America,    100 Tryon Street,    Charlotte, NC 28255-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2019 at the address(es) listed below:
    Albert Russo    docs@russotrustee.com
    Daniel E. Straffi    on behalf of Debtor Irene Barous bkclient@straffilaw.com,
     G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
    Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Denise E. Carlon    on behalf of Loss Mitigation   Bank of America dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Kevin Gordon McDonald    on behalf of Creditor   BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                               TOTAL: 6