**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliancer with D.N.J. LBR 9004-2(c)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(609) 250-0700
dcarlon@kmllawgroup.com
Attorney for Bank of America, N.A.

**Order Filed on January 24, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

   Irene Barous aka Irene Hanzich
                        Debtor

Case No.: 18-23614
Judge: Michael B. Kaplan
Chapter: 13

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 24, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>August 17, 2018</u>:

Property: <u>27 Blenheim Road, Manalapan, NJ 07726</u>

Creditor: <u>Bank of America, N.A.</u>

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by <u>Bank of America, N.A.</u>, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective <u>December 27, 2018</u>.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-23614-MBK
Irene Barous                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Jan 24, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
db              +Irene Barous,    27 Blenheim Road,    Manalapan, NJ 07726-2626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Irene  Barous bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6