UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
BANK OF AMERICA, N.A.

**Order Filed on May 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Irene Barous,

Debtor.

Case No.: 18-23614 MBK

Adv. No.:

Hearing Date: 4/9/19 @ 9:00 a.m.

Judge: Michael B. Kaplan

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: May 2, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Irene Barous
Case No:  18-23614 MBK
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, BANK OF AMERICA, N.A., Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 27 Blenheim Road, Manalapan, NJ, 07726, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Daniel E. Straffi Esq., attorney for Debtor, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that relief is granted effective 5/31/2019 and the 14 day stay on the order under Rule 4001 shall not apply; and

   It is further **ORDERED, ADJUDGED and DECREED** that the debtor reserves the right to move to reinstate the stay if she received a loan modification; and

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Irene Barous  
    Debtor

Case No. 18-23614-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 02, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2019.  
db          +Irene Barous,    27 Blenheim Road,    Manalapan, NJ 07726-2626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2019 at the address(es) listed below:  
       Albert Russo    docs@russotrustee.com  
       Daniel E. Straffi    on behalf of Debtor Irene Barous bkclient@straffilaw.com,  
       G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
       Denise E. Carlon    on behalf of Creditor BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Loss Mitigation Bank of America dcarlon@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                               TOTAL: 6